IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:18-CR-0068 |
| **v.** | : | |
| **RALPH MCDANIEL GILES, SR.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion to suppress (Doc. 39) is **DENIED**.

Furthermore, after review of the recent motion to continue trial (Doc. 62), the court concludes that the circumstances present indicate that a continuance of the trial date is warranted and that an extension of the trial date outweighs the interests of the public and Defendant in a speedy trial. Accordingly, **IT IS HEREBY ORDERED THAT**:

1) Jury selection and trial is rescheduled from April 8, 2019, to June 3, 2019, in Courtroom No. 3, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

2) The court specifically finds under 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting this extension and continuance outweigh the interests of the public and Defendant to a speedy trial.

1

3) The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this Order.

s/Sylvia Rambo  
SYLVIA H. RAMBO  
United States District Judge

Dated: March 26, 2019