IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:18-CR-0068 |
| | : | |
| **v.** | : | |
| | : | |
| **RALPH MCDANIEL GILES, SR.** | : | Judge Sylvia H. Rambo |

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion to dismiss the enhanced penalty under the Armed Career Criminal Act (Doc. 41) is **DENIED**.

                                                   s/Sylvia Rambo
                                                   SYLVIA H. RAMBO
                                                   United States District Judge

Dated: June 10, 2019