IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : Crim. No. 1:18-CR-0068
:
:
**v.** :
:
:
**RALPH MCDANIEL GILES, SR.** : Judge Sylvia H. Rambo

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion to dismiss the enhanced penalty under the Armed Career Criminal Act (Doc. 41) is **DENIED**.

                                                          s/Sylvia Rambo
                                                        SYLVIA H. RAMBO
                                                        United States District Judge

Dated: June 12, 2019